UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * *
```
HOWARD E. THOMPSON, JR,

        Plaintiff

        v.                                CIVIL ACTION NO.:
                                               08-11562-EFH

SHERIFF ANDREA J. CABRAL, ET AL.,

        Defendants.
```
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## **ORDER**

June 28, 2011

HARRINGTON, S.D.J.

After a careful examination of the Plaintiff's Second Amended Complaint, the Court ALLOWS-IN-PART and DENIES-IN-PART the Defendants' Motion to Dismiss (Docket No. 44).[1] The claims as to the Suffolk County Sheriff's Department Jail/House of Correction (alternatively referred to in the Second Amended Complaint as the Commonwealth of Massachusetts); Sheriff Andrea J. Cabral; Deputy Superintendent Jerry Walsh; Assistant Deputy Superintendent Julie White; Joe Crosby; and Lieutenant Arthur Sacco are hereby dismissed because the complaint fails to allege sufficient facts to plausibly suggest that such defendants violated the Plaintiff's rights. See Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009) ("[A]

---

[1] The Motion to Dismiss was filed on behalf of Defendants: Suffolk County Sheriff"s Department Jail/House of Correction; Commonwealth of Massachusetts; Sheriff Andrea J. Cabral; Superintendent Gerard J. Horgan; Deputy Superintendent Jerry Walsh; Assistant Deputy Superintendent Julie White; Joe Crosby; Steve Broderick; and Lieutenant Arthur Sacco. The Plaintiff has also brought this action against Randy Curet, Muslim Chaplin; Aramark Food Services; Roslindale Catering; and unidentified John Does, who do not join the motion.

complaint [does not] suffice if it tenders naked assertions devoid of further factual enhancement.") (internal quotations omitted); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 570 (2007) (well-pleaded facts must plausibly suggest unlawful conduct).

The Motion to Dismiss as to the remaining Defendants is denied at this time. The issues raised by the remaining defendants may be revisited by way of motion for summary judgment at the close of discovery. The case at this stage is pending against the following defendants only: Gerard J. Horgan, Steve Broderick, Randy Curet, Aramark Food Services, and Roslindale Catering.

SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge